No. 86–2046.   HOWARD v. ARIZONA DEPARTMENT OF REVENUE.   Ct. App. Ariz.   Certiorari denied.

No. 86–2047.   JOHNSON ET AL. v. ARKANSAS.   Sup. Ct. Ark. Certiorari denied.

No. 86–2048.   THOMPSON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 86–2049.   BAYER v. JOHNSON, SECRETARY OF REVENUE OF SOUTH DAKOTA.   Sup. Ct. S. D.   Certiorari denied.

No. 86–2050.   JOHNSON ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 86–2051.   JOYNER v. LANCASTER ET AL.   C. A. 4th Cir. Certiorari denied.

No. 86–2054.   BOSTON & MAINE CORP. ET AL. v. RAILWAY LABOR EXECUTIVES' ASSN.   C. A. 1st Cir.   Certiorari denied.

No. 86–2055.   CARROLL v. CITY OF HUNTSVILLE.   Ct. Crim. App. Ala.   Certiorari denied.

No. 86–2056.   MOSLEY v. SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 86–2058.   CHRIST THE KING REGIONAL HIGH SCHOOL v. CULVERT, CHAIRMAN, NEW YORK STATE LABOR RELATIONS BOARD, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86–2060.   REY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–2062.   SANDERS v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.